IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANANT KUMAR TRIPATI,<br><br>*Plaintiff*,<br><br>v.<br><br>WEXFORD HEALTH SOURCES INC, *et al*,<br><br>*Defendants*. | Civil Action No. 2:20-cv-427<br><br>Hon. William S. Stickman IV<br>Hon. Cynthia Reed Eddy |

## JUDGMENT ORDER

AND NOW, this **5** day of April 2022, in accordance with the Order of Court entered this date and pursuant to Federal Rule of Civil Procedure 58, IT IS HEREBY ORDERED that final judgment is entered in the form of dismissal with prejudice of Plaintiff's Verified Second Amended Complaint. The Clerk of Court is directed to mark this CASE CLOSED.

BY THE COURT:

*/s/ William S. Stickman IV*
WILLIAM S. STICKMAN IV
UNITED STATES DISTRICT JUDGE